IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHN WHITE                                              PLAINTIFF/COUNTER DEFENDANT

v.                             No. 2:06CV00122 GH

ROUTH TRANSPORTATION, INC.              DEFENDANT/ COUNTER PLAINTIFF
                                                                    THIRD PARTY PLAINTIFF

v.

DAILY EXPRESS, INC.                                         THIRD PARTY DEFENDANT

## ORDER

The parties' March 7th joint motion (#19) for consolidation of this case with Regions Bank, as Special Administrator for the Estate of Travis Lynn Hill, Deceased v. John White and Daily Express, Inc., 4:06CV001475 JLH, arising out of the same accident is hereby granted.[1]  Regions Bank v. John White, 4:06CV001475 JLH is designated as the lead case.

IT IS SO ORDERED this 9th day of March, 2007.

_George Howard, Jr_
UNITED STATES DISTRICT JUDGE

---

[1]The motion reflects that counsel for the plaintiff in 4:06CV001475 JLH are in agreement with this request.